Wallace T. BRUCE et al., Appellants,

v.

A. R. KNOX, former District Director of Internal Revenue.

No. 16502.

United States Court of Appeals Eighth Circuit.

March 21, 1961.

Richard S. Larson, Minneapolis, Minn., for appellants.

Louis F. Oberdorfer, Asst. Atty. Gen., and Clifford Janes, U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice without costs to either party on stipulation, 180 F.Supp. 907.

COMMISSIONER OF INTERNAL REVENUE

v.

Clement KUBICEK.

No. 16708.

United States Court of Appeals Eighth Circuit.

April 19, 1961.

R. P. Hertzog, Acting Chief Counsel, Washington, D. C., and Louis F. Oberdorfer, Asst. Atty. Gen., for petitioner.

Louis J. Moriarty, Minneapolis, Minn., for respondent.

PER CURIAM.

Petition to Review Decision of Tax Court dismissed on motion of petitioner, 33 T.C. 191.

Anne C. ROSENTHAL, Appellant

v.

Johnson TSAI & Mound Motors et al.

No. 16714.

United States Court of Appeals Eighth Circuit.

March 22, 1961.

Sheldon D. Karlins, Minneapolis, Minn., for W. E. Bemis and K. E. Johnson, individually & Co-partners d/b/a Bemis-Johnson Co.

PER CURIAM.

Appeal of Anne C. Rosenthal dismissed as to appellees Bemis and Johnson, on stipulation, D.C., 26 F.R.D. 393.

Wallace T. BRUCE et al., Appellants,

v.

A. R. KNOX, former District Director of Internal Revenue.

No. 16503.

United States Court of Appeals Eighth Circuit.

March 21, 1961.

Richard S. Larson, Minneapolis, Minn., for appellants.

Clifford Janes, U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice without costs to either party on stipulation, 180 F.Supp. 907.